# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDERFUL REAL ESTATE DEVELOPMENT LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 220; SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; ALEXANDER B. CVITAN, an individual; JON P. PRECIADO, an individual; ERNESTO J. ORDONEZ, an individual; SERGIO RASCON, an individual; and DOES 1- 10,<br><br>Defendants.<br>_____/ | Case No. 1:19-cv-00416-LJO-SKO<br><br>**ORDER GRANTING UNOPPOSED EX PARTE APPLICATION**<br><br>(Doc. 6) |

The Court, having reviewed and considered Defendants' unopposed Ex Parte Application to Continue the Initial Scheduling Conference (Doc. 6), and for good cause shown, GRANTS the Application.

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference, currently set for June 25, 2019, is CONTINUED to September 12, 2019, at 9:30 AM, before Magistrate Judge Sheila K. Oberto.

The parties SHALL file their joint scheduling conference report by no later than September 5, 2019.

IT IS SO ORDERED.

Dated: **May 15, 2019**                    /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE