UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDERFUL REAL ESTATE DEVELOPMENT LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 220; SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; ALEXANDER B. CVITAN, an individual; JON P. PRECIADO, an individual; ERNESTO J. ORDONEZ, an individual; SERGIO RASCON, an individual; and DOES 1-10.<br><br>Defendants. | Case No.: 1:19-cv-00416-LJO (SKO)<br><br>ORDER GRANTING IN PART STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSE TO AMENDED COMPLAINT AND PROPOSED BRIEFING SCHEDULE FOR RESPONSIVE MOTIONS; AND CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE<br><br>Assigned to Chief Judge Lawrence J. O'Neill<br><br>Referred to Magistrate Judge Sheila K. Oberto<br><br>(Doc. 23) |

Order Re Extension of Time, Briefing Schedule, and Scheduling Conference

The Court has considered the parties' Stipulation for Extension of Time to File Response to Amended Complaint; Proposed Briefing Schedule for Responsive Motions; and Continuance of Mandatory Scheduling Conference. Good cause appearing to grant the stipulation, the Stipulation is hereby **GRANTED IN PART** and the Court hereby ORDERS:

1. Defendants shall have until August 2, 2019, to file and serve any response to the First Amended Complaint (Doc. 21), including any responsive motions pursuant to Fed. R. Civ. P. 12;

2. Plaintiff shall have until August 20, 2019, to file and serve any opposition to any responsive motions filed by Defendants;

3. Defendants shall have until August 29, 2019, to file and serve any reply briefs;

4. The hearing on Defendants' motions shall be noticed and scheduled for September 12, 2019, subject to the availability of the Court;

5. Pursuant to Fed. R. Civ. P. 26(a)(1)(C) and (f)(1), the Mandatory Scheduling Conference currently scheduled for September 12, 2019, is **CONTINUED to November 7, 2019, at 9:30 AM, before Magistrate Judge Sheila K. Oberto.** The parties SHALL file and submit their joint scheduling conference report by no later than October 31, 2019.

IT IS SO ORDERED.

Dated: **July 15, 2019**           /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE