| | |
|---|---|
| KRISTINA M. DIAZ (SBN 151566)<br>kristina.diaz@roll.com<br>COURTNEY E. VAUDREUIL (SBN 223439)<br>courtney.vaudreuil@roll.com<br>ROLL LAW GROUP PC<br>11444 West Olympic Boulevard<br>Los Angeles, California 90064-1557<br>Telephone: (310) 966-8400<br>Facsimile: (310) 966-8810<br><br>Attorneys for Plaintiff<br>WONDERFUL REAL ESTATE<br>DEVELOPMENT LLC | |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| WONDERFUL REAL ESTATE DEVELOPMENT LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br><br>vs.<br><br>THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 220; SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; ALEXANDER B. CVITAN, an individual; JON P. PRECIADO, an individual; ERNESTO J. ORDONEZ, an individual; SERGIO RASCON, an individual; and DOES 1-10,<br><br>    Defendants. | Case No. 1:19-CV-00416-NONE-SKO<br><br>**STIPULATION CONCERNING STATUS OF SETTLEMENT; ORDER EXTENDING TIME FOR FILING OF DISPOSITIONAL DOCUMENTS**<br><br>[Unassigned]<br><br>Action Filed: March 29, 2019 |

{3048171.1}

STIPULATION RE STATUS OF SETTLEMENT; ORDER

1  WHEREAS, on February 5, 2020, the parties filed a notice of settlement in principle and stipulation that this case be removed from the Court's active caseload;

WHEREAS, this Court, on that same day, ordered the parties to file dispositive documents by February 26, 2020, and vacated hearing dates and deadlines heretofore set in this matter; and

WHEREAS, counsel for the parties have largely finalized a settlement agreement, but that agreement has not yet been finally vetted by the parties nor executed, but the parties and their counsel anticipate that final settlement documents will be circulated and executed by March 5, 2020, and dispositional documents requesting the dismissal of the action due to a settlement should be ready for filing by March 6, 2020;

The parties hereby stipulate that the deadline for filing of dispositional documents requesting the dismissal of the action due to a settlement be extended to March 6, 2020.

DATED: February 25, 2020         ROLL LAW GROUP PC

By:  /s/ Courtney E. Vaudreuil
Courtney E. Vaudreuil
Attorneys for Plaintiff
WONDERFUL REAL ESTATE
DEVELOPMENT LLC

DATED: February 25, 2020         REICH, ADELL & CVITAN P.L.C.

By:  /s/ Laurence S. Zakson
Laurence S. Zakson
Attorneys for Defendants
THE LABORERS INTERNATIONAL UNION
OF NORTH AMERICA LOCAL 220;
SOUTHERN CALIFORNIA DISTRICT
COUNCIL OF LABORERS; ALEXANDER B.
CVITAN; JON P. PRECIADO; ERNESTO J.
ORDONEZ; SERGIO RASCON

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' above stipulation, (Doc. 64), for good cause shown, the parties |
| 3 | SHALL file dispositional documents requesting dismissal of the action due to a settlement by no |
| 4 | later than March 6, 2020. |
| 5 | |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | Dated: **February 25, 2020**          /s/ *Sheila K. Oberto* |
| 9 |                                       UNITED STATES MAGISTRATE JUDGE |