LAURENCE S. ZAKSON (SBN 119435),
Email: laurencez@rac-law.com
WILLIAM Y. SHEH (SBN 221275), and
Email: williams@rac-law.com
AARON G. LAWRENCE (SBN 258813),
Email: aaronl@rac-law.com
Members of REICH, ADELL & CVITAN,
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, CA 90010
Telephone: (213) 386-3860;
Facsimile: (213) 386-5583

Attorneys for Defendants:
Laborers' International Union of North America
Local 220; Southern California District Council
Of Laborers; Alexander B. Cvitan; Jon P.
Preciado; Ernesto J. Ordonez; Sergio Rascon

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDERFUL REAL ESTATE DEVELOPMENT LLC, a Delaware limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 220; SOUTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS; ALEXANDER B. CVITAN, an individual; JON P. PRECIADO, an individual; ERNESTO J. ORDONEZ, an individual; SERGIO RASCON, an individual; and DOES 1-10,<br><br>  Defendants. | Case No. 1:19-CV-00416-NONE-SKO<br><br>**WITHDRAWAL OF DEFENDANTS' NOTICE OF MOTION AND SPECIAL MOTION TO STRIKE**<br><br>[Unassigned]<br><br>Action Filed: March 29, 2019 |

{3052479.1}

Defendants Laborers' International Union of North America Local 220, Southern California District Council of Laborers, Alexander B. Cvitan, Jon P. Preciado, Ernesto J. Ordonez, and Sergio Rascon ("Defendants") filed, on September 10, 2019, a Special Motion to Strike ("Motion") Plaintiff's state law claims (Causes of Action 4 and 5). [Dkt. 44.] On January 8, 2020, the Court deferred ruling Defendants' Motion until Plaintiff had the opportunity to amend the First Amended Complaint. [Dkt. 60.]

The parties have recently resolved this case and a provision of that settlement includes withdrawal of the Motion as part of an agreement that each party would bear its own costs; therefore, Defendants hereby withdraw their Motion in order to effectuate the agreement that all parties shall bear their own fees and costs.

DATED: March 6, 2020                    Respectfully Submitted

By: /s/ Laurence S. Zakson
LAURENCE S. ZAKSON,
WILLIAM Y. SHEH, and
AARON G. LAWRENCE, Members of
REICH, ADELL & CVITAN,
A Professional Law Corporation
Attorneys for Defendants Laborers' International Union of North America Local 220, Southern California District Council of Laborers, Alexander B. Cvitan, Jon P. Preciado, Ernesto J. Ordonez, and Sergio Rascon