UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WONDERFUL REAL ESTATE DEVELOPMENT LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE LABORERS INTERNATIONAL UNION OF NORTH AMERICA LOCAL 220, et al.,<br><br>Defendants. | No. 1:19-cv-00416-NONE-SKO<br><br>ORDER DIRECTING CLERK TO ASSIGN A DISTRICT JUDGE TO THIS MATTER AND CLOSE THE CASE<br><br>(Doc. 66) |

On March 6, 2020, the parties filed a stipulation, signed by all parties who have appeared, that the action be disposed of pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure as follows: (1) dismissal with prejudice of all causes of action as to Defendants Alexander B. Cvitan, Jon P. Preciado, Ernesto J. Ordonez, and Sergio Rascon; (2) dismissal with prejudice of Plaintiff's Second, Third, Fourth and Fifth Causes of Action as to Defendants Laborers' International Union of North America Local 220 and Southern California District Council of Laborers; and (3) dismissal without prejudice of Plaintiff's First Cause of Action as to Defendants Laborers' International Union of North America Local 220 and Southern California District Council of Laborers. (Doc. 66.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). Rule 41 thus allows the parties to dismiss an action voluntarily, after service of an answer, by filing a written stipulation to dismiss signed by all of the parties who have appeared, although an oral stipulation in open court will also suffice. *See Eitel v. McCool*, 782 F.2d 1470, 1472-73 (9th Cir. 1986).

Once the stipulation between the parties who have appeared is properly filed or made in open court, no order of the court is necessary to effectuate dismissal. Case law concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval. *Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1077 (9th Cir. 1999). Because the parties have filed a stipulation for dismissal of this case under Rule 41(a)(1)(A)(ii) that is signed by all whom have made an appearance, this case has been disposed of as follows: (1) dismissal with prejudice of all causes of action as to Defendants Alexander B. Cvitan, Jon P. Preciado, Ernesto J. Ordonez, and Sergio Rascon; (2) dismissal with prejudice of Plaintiff's Second, Third, Fourth and Fifth Causes of Action as to Defendants Laborers' International Union of North America Local 220 and Southern California District Council of Laborers; and (3) dismissal without prejudice of Plaintiff's First Cause of Action as to Defendants Laborers' International Union of North America Local 220 and Southern California District Council of Laborers. Accordingly, this case is terminated.

Based on the foregoing, IT IS HEREBY ORDERED that the Clerk of Court SHALL assign a district judge to this matter and thereafter CLOSE the case.

IT IS SO ORDERED.

Dated: **March 9, 2020**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

2